# UNITED STATES DISTRICT COURT

SOUTHERN　　　　　　DISTRICT OF　　　　　　CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

JOSE ADALID LOZANO-ALONZO,

　　　　　Defendant.

**APPEARANCE**

Case Number: 08MJ1073

To the Clerk of this court and all parties of record:

　Enter my appearance as counsel in this case for

　JOSE ADALID LOZANO-ALONZO

　I certify that I am admitted to practice in this court.

4/9/2008
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD　　238732
Print Name　　　　　　　　　　　　　　　　Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City　　　　　State　　　　　Zip Code

(619) 234-8467　　　(619) 687-2666
Phone Number　　　　　Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 9, 2008                                                    /s/  Shaffy Moeel
                                                                        SHAFFY MOEEL
                                                                        Federal Defenders of San Diego, Inc.
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        e-mail: Shaffy_Moeel@fd.org